```
         IN THE UNITED STATES DISTRICT COURT FOR THE
                 SOUTHERN DISTRICT OF ALABAMA
                        SOUTHERN DIVISION
```

ROBERT MATE TAYLOR, #130155,     :

    Plaintiff,                  :

vs.                              :   CIVIL ACTION 16-449-WS-M

LEE L. HALE, JR.,                :

    Defendant.                  :


## JUDGMENT

In accordance with the Order entered this date, it is ORDERED, ADJUDGED, and DECREED that this action be dismissed without prejudice, prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief can be granted.

    DONE this 15th day of November, 2016.

                                     s/WILLIAM H. STEELE
                                     CHIEF UNITED STATES DISTRICT JUDGE